LEGAL MAIL
Provided to Wakulla CI

APR 10 2023

for mailing ___

8:23 cv 818
KKM-AEP

4-10-2023

NOTICE OF IN PETITION OF INQUIRY
it's REASONABLE SAID THAT im NOT PARTICIPATING AND THAT it's
ALMOST JUST ABOUT EVERY INITIATE iN J-DORM is TRYING
To Kill ME, when im OUT my Cell SIMPLE BECAUSE it's AN WHOLE
WING OF INMATES ON WING-2 iN WING 3 THAT HAS AN HIT OUT ON
ME, im NOT NO GANG MEMBER BUT THESE PEOPLE ARE With KNIFES
AND ELECTRONIC SHARPING OBJECT's iN THEIR CELL AN WILL STABB
ME IF im iN RANGE, i FILE iN IAW SUITE ON BEHALF OF THESE
INITIATES iN OFFICERS WANTING To Kill ME BEFORE im OUT
OF PRISON, i WOULD LIKE To SEE THE INSPECTOR GENERAL IF
im WAITING ON TRANSFER iN im STILL HERE AN HIM LEFT yet
i WANT to LEAVE THis CAMP SOON AS POSSIBLE;;

NP
9/0